G. Scott Beyer
WSBA No. 03817
Menke Jackson Beyer
Ehlis Harper & Plant, LLP
807 North 39th Avenue
Yakima, Washington 98902
Phone: (509) 575-0313
Fax: (509) 575-0351

Lawrence A. Peterson
WSBA #14626
128 N. 2nd St., Room 211
Yakima, WA 98901
Phone: (509) 574-1200
Fax: (509) 574-1201

*Attorneys for Defendants:*
*Robert S. Locati, Yakima County*
*& Yakima County Sheriff's Office*

HON. LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **ISRAEL N. ESTRADA**, | ) | NO. CV-11-3080 LRS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **PARTIES' STIPULATED** |
| vs. | ) | **PROTECTIVE ORDER** |
| | ) | |
| **ROBERT S. LOCATI, YAKIMA COUNTY** and **YAKIMA COUNTY SHERIFF'S OFFICE,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PARTIES' STIPULATED
PROTECTIVE ORDER - Page 1 of 2

MENKE JACKSON BEYER
EHLIS HARPER& PLANT, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Defendants submit to the Court a Motion for Stipulated Protective Order (ECF No. 13) and Stipulation to Entry of Protective Order Regarding Release of Confidential Information (ECF No. 14). The parties have agreed to a procedure for review of purportedly confidential discovery in this case. The Court is satisfied with the procedures as stipulated.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The Motion for Stipulated Protective Order is **GRANTED** (ECF No. 13). The parties shall adhere to the terms set forth in the Stipulation (ECF No. 14).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 24th day of January, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER - Page 2 of 2

**MENKE JACKSON BEYER EHLIS HARPER& PLANT, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351