G. Scott Beyer
WSBA No. 03817
Menke Jackson Beyer
Ehlis Harper & Plant, LLP
807 North 39th Avenue
Yakima, Washington 98902
Phone: (509) 575-0313
Fax: (509) 575-0351

Lawrence A. Peterson
WSBA #14626
128 N. 2nd St., Room 211
Yakima, WA 98901
Phone: (509) 574-1200
Fax: (509) 574-1201

*Attorneys for Defendants:*
*Robert S. Locati, Yakima County*
*& Yakima County Sheriff's Office*

HON. LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **ISRAEL N. ESTRADA**, | ) | NO. CV-11-3080 LRS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **PARTIES' STIPULATED** |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **ROBERT S. LOCATI, YAKIMA COUNTY** and **YAKIMA COUNTY SHERIFF'S OFFICE,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PARTIES' STIPULATED
ORDER OF DISMISSAL – Page 1

Defendants submit to the Court a Motion for Order of Dismissal (ECF No. 25) and Stipulation for Order of Dismissal (ECF No. 25-1).  The above entitled matter having come before the court upon the stipulation of the parties by and through their counsel, and it appearing to the court that this matter has been fully settled and should no longer remain pending, and the Court being fully advised in the premises, now, therefore,

**IT IS HEREBY ORDERED** that the parties' Motion for Order of Dismissal, ECF No. 25, is GRANTED, and the above entitled action shall be, and the same is hereby dismissed with prejudice and without costs.  The District Court Executive shall CLOSE this file.

DATED this 11th  day of January, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

Presented by:

s/ G. SCOTT BEYER
WSBA # 03817
Attorneys for Defendants
of Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone: 509-575-0313
Fax: 509-575-0351
Email:  sbeyer@mjbe.com

ORDER GRANTING PARTIES' STIPULATED
ORDER OF DISMISSAL – Page 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351